**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., | CASE NO. 5:12-cv-03864 EJD |
| | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Plaintiff(s), | |
| v. | |
| CARDIOCOM, LLC, | |
| Defendant(s). | |

In the absence of a Joint Case Management Statement and in consideration of the upcoming motion hearing, the Case Management Conference scheduled for November 9, 2012, is CONTINUED to **November 16, 2012, at 10:00 a.m.**  The parties shall file a Joint Case Management Statement on or before **November 9, 2012.**

**IT IS SO ORDERED.**

Dated:  November 6, 2012

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-03864 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE