1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  COLETTE R. VERKUIL (CA SBN 263630)
   cverkuil@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Tel.: 650.813.5600  Fax: 650.494.0792
5
   DANIEL W. McDONALD *Admitted Pro Hac Vice*
6  dmcdonald@merchantgould.com
   WILLIAM D. SCHULTZ
7  wschultz@merchantgould.com
   ERIC CHAD
8  echad@merchantgould.com
   MERCHANT & GOULD P.C.
9  3200 IDS Center
   80 South Eighth Street
10 Minneapolis, Minnesota  55402-2215
   Tel.:  612.332.5300  Fax:  612.332.9081
11
   Adam R. Alper (S.B.N. 196834)
12 KIRKLAND & ELLIS LLP
   555 California Street
13 San Francisco, California  94104
   Tel.: (415) 439-1400  Fax: (415) 439-1500
14 aalper@kirkland.com

15 Timothy G. Majors (S.B.N. 228275)
   KIRKLAND & ELLIS LLP
16 333 South Hope Street
   Los Angeles, California 90071
17 Tel.: (213) 680-8400  Fax: (213) 680-8500
   tim.majors@kirkland.com
18
   Attorneys for Defendant and Counterclaim-Plaintiff
19 CARDIOCOM, LLC

20              UNITED STATES DISTRICT COURT

21            NORTHERN DISTRICT OF CALIFORNIA

22

23 ROBERT BOSCH HEALTHCARE SYSTEMS,        Case No.    12-CV-3864 EJD
   INC.,
24                                          **NOTICE OF SUBSTITUION OF**
                      Plaintiff,            **COUNSEL AND [PROPOSED]**
25                                          **ORDER PURSUANT TO LOCAL**
              v.                            **RULE 11-5**
26
   CARDIOCOM, LLC,
27
                      Defendant.
28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that,

2    effective immediately, counsel of record for defendant Cardiocom, LLC has changed.

3    Cardiocom, LLC hereby substitutes Adam R. Alper (SBN 196834) of Kirkland & Ellis LLP

4    located at 555 California Street, San Francisco, CA  94404, telephone (415)439-1400, and

5    facsimile (415)439-1500, and Timothy G. Majors (SBN 228275) of Kirkland & Ellis LLP located

6    at 333 South Hope Street, Los Angeles, CA  90071, telephone (213)680-8400 and facsimile

7    (213)680-8500 as attorneys of record for Cardiocom, LLC in this litigation.

8         Effective immediately, subject to the Court's approval, Morrison & Foerster LLP will no

9    longer be representing Cardiocom, LLC in this matter.

10        Counsel of record for Cardiocom, LLC from Merchant & Gould P.C. remains unchanged.

11        The following attorneys accept this substitution of counsel.

12   Dated: April 10, 2014                    MORRISON & FOERSTER LLP

13

14                                            By: /s/ Colette R. Verkuil_____

15                                                 Colette R. Verkuil

16

17   Dated: April 10, 2014                    Kirkland & Ellis LLP

18

19                                            By: /s/ Timothy G. Majors_____

20                                                 Timothy G. Majors

21                                **E-FILING ATTESTATION**

22        I, Colette R. Verkuil, am the ECF User whose ID and password are being used to file this

23   Notice of Substitution of Counsel and [Proposed] Order Pursuant to Local Rule 11-5.  In

24   compliance with Local Rule 5-1(i)(3), I hereby attest that Timothy Majors has concurred in this

25   filing.

26   Date: April 10, 2014              _____/s/ Colette R. Verkuil_____

27                                           Colette R. Verkuil

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The foregoing substitution of counsel is authorized by the Court and the Clerk of the

Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated:   4/11/2014

Honorable Edward J. Davila
United States District Court Judge